that this act has no application. The interest, therefore, will be changed from six percent per annum to five percent per annum, the legal rate, and will run from judicial demand. Our decree is amended accordingly.

Rehearing refused.

## WILLIAMS v. DISTRICT GRAND LODGE NO. 21, GRAND UNITED ORDER OF ODD FELLOWS OF LOUISIANA.

### No. 17244.

Court of Appeal of Louisiana. Orleans.

Jan. 9, 1940.

For former opinion, see 192 So. 142.

E. B. Charbonnet, Jr., of New Orleans, for appellant.

Moise S. Steeg, Jr., of New Orleans, for appellee.

PER CURIAM.

Our attention has been called to the fact that in affirming the judgment of the lower court we inadvertently allowed six percent per annum interest from the date of the death of the insured as would have been authorized as a penalty under Act No. 17 of 1920. Counsel for all parties concede